IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART A. GARBER, | No. CIV S-09-3168-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| R. DICKINSON, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action. A scheduling conference was held on October 28, 2010, at 10:00 a.m. before the undersigned in Redding, California. Plaintiff appeared pro se. Defendant has not been served. Having considered the matter, the court hereby orders as follows:

   1.   The scheduling conference is continued to December 1, 2010, at 10:00 a.m. before the undersigned in Redding, California; and

   2.   Plaintiff shall file his scheduling conference statement on or before November 20, 2010.

DATED: October 29, 2010

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

1